IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01017-MSK

EUGENE V. HAYDEN;
BONNIE A. LUCARA, individually and as parents and next friends of Erin V. Hayden, a minor; and
ERIN V. HAYDEN, individually,

      Plaintiffs,

v.

JULIE K. ANDERSON,

      Defendant.

---

## ORDER OF RECUSAL

---

THIS MATTER arises *sua sponte*.  The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES  which require her recusal in this matter.  In particular, counsel for the Defendant represents the undersigned in an action arising from a recent motor vehicle collision.  Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 22nd day of April, 2013.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge