THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01017-RPM

EUGENE V. HAYDEN and
BONNIE A. LUCARA, individually, and as parents and next friends of Erin V. Hayden, a minor, and
ERIN V. HAYDEN, individually,

      Plaintiffs,

v.

JULIE K. ANDERSON,

      Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that  a scheduling conference will be held on **June, 19, 2013, at 10:30 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver,

Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order

which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P.

Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed

order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on June 13, 2013.**

The conference is conducted with lead counsel present in person.  No parties or representatives of

parties will be permitted to attend.

      Dated: May 6th, 2013

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge