THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01017-RPM

EUGENE V. HAYDEN and
BONNIE A. LUCARA, individually, and as parents and next friends of Erin V. Hayden, a minor, and
ERIN V. HAYDEN, individually,

    Plaintiffs,

v.

JULIE K. ANDERSON,

    Defendant.

_____

ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS
_____

    Pursuant to Plaintiffs' unopposed motion for an extension of time, to and including June 14, 2013, to respond to the motion to dismiss, it is

    ORDERED that the motion is granted.

    Dated: June 5th, 2013

                                  BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge