THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01017-RPM

EUGENE V. HAYDEN and
BONNIE A. LUCARA, individually, and as parents and next friends of Erin V. Hayden, a minor, and
ERIN V. HAYDEN, individually,

    Plaintiffs,

v.

JULIE K. ANDERSON,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Upon review of Defendant's Motion to Dismiss Claims by Plaintiffs Eugene V. Hayden and Bonnie A. Lucara [8] filed May 2, 2013, and plaintiffs' confession of the motion to dismiss [15], it is

    ORDERED that the motion is granted and the claims of Eugene V. Hayden and Bonnie A. Lucara are dismissed.

    Dated: June 13th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge