THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01017-RPM

ERIN V. HAYDEN, individually,

    Plaintiff,

v.

JULIE K. ANDERSON,

    Defendant.

_____

ORDER SETTING SECOND SCHEDULING CONFERENCE
_____

    Pursuant to the Court's instructions, stated at the June 19, 2013 Scheduling Conference, counsel by telephone have advised that they are prepared to proceed with a second scheduling conference, accordingly, it is

    ORDERED that a scheduling conference will be held on **July 11, 2013, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

    Dated: June 25th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge