THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01017-RPM

EUGENE V. HAYDEN and
BONNIE A. LUCARA, individually, and as parents and
next friends of Erin V. Hayden, a minor, and
ERIN V. HAYDEN, individually,

     Plaintiffs,

v.

JULIE K. ANDERSON,

     Defendant.

_____

### ORDER FOR DISMISSAL WITH PREJUDICE
_____

     Pursuant to the Stipulation For Dismissal With Prejudice, filed December 11, 2013 [22], it is

     ORDERED that this civil action is dismissed with prejudice, each party to bear their own costs.

     Dated: December 11th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge